Patrick J. Geile
FOLEY FREEMAN, PLLC
953 S. Industry Way
Meridian, Idaho 83642
Phone: 208.888.9111
Fax: 208.888.5130
Idaho State Bar No. 6975
E-mail: pgeile@foleyfreeman.com

**Attorney for Defendants**

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>**IM SERVICES GROUP, LLC**<br><br>Debtor. | Case No. 21-00737-NGH<br><br>Chapter 7 |
| **TIMOTHY R. KURTZ**, solely in his capacity as Chapter 7 Trustee for the above-referenced bankruptcy estate,<br><br>Plaintiff,<br>vs.<br><br>**HENRY ALEC MCLARTY**, an individual; **K4 SERVICES LLC**, a Georgia limited liability company; **HENRY ALEC MCLARTY** as Trustee of the **K4 FAMILY TRUST**; **K4 FAMILY TRUST**; and **DOES l-5**,<br><br>Defendants. | Adv. Case No. 23-06038-NGH<br><br><br><br>**STIPULATION FOR JUDICIAL SETTLEMENT CONFERENCE** |

COMES NOW the Defendants, Henry Alec McLarty, K4 Services LLC, and K4 Family Trust, ("Defendants"), by and through their counsel of record, Patrick J. Geile of Foley Freeman, PLLC, and the Plaintiff, Timothy R. Kurtz, solely in his capacity as Chapter 7 Trustee for the above-referenced bankruptcy estate, by and through his counsel

**STIPULATION FOR JUDICIAL SETTLEMENT CONFERENCE - 1**

of record, John F. Kurtz of Kurtz Kaw PLLC, and hereby requests that this Court set a Judicial Settlement Conference in this matter.

1. On December 28, 2021, the Debtor, IMS Services Group, LLC, filed a petition to initiate a chapter 11 bankruptcy proceeding, (Dkt. No. 1).

2. On May 17, 2022, the case was converted to a chapter 7 bankruptcy, (Dkt. No. 243).

3. The Trustee in the chapter 7 bankruptcy, Timothy R. Kurtz, filed an adversary proceeding against Henry Alec McLarty, K4 Services LLC, and K4 Family Trust, on December 8, 2023, (Dkt. No. 1).

4. Discovery and depositions have occurred in the case and the parties wish to explore mediation.

5. The Plaintiff and the Defendants believe a judicial settlement conference with a Bankruptcy Judge would help the parties to reach an agreement regarding the disposition of the real property. The claims involve complex legal issues regarding estate property, fraudulent intent, reasonably equivalent value, and state and federal fraudulent transfer provisions which require a thorough understanding of bankruptcy law to resolve. Thus, the issues involved with this dispute are ideally suited for a judicial settlement conference with a Bankruptcy Judge as opposed to a private mediator.

6. The Plaintiff and the Defendant request that the Court appoint a Bankruptcy Judge to conduct a judicial settlement conference to attempt to resolve the parties' dispute

**STIPULATION FOR JUDICIAL SETTLEMENT CONFERENCE - 2**

DATED this 17th day of December, 2024.

           FOLEY FREEMAN, PLLC

           */s/ Patrick J. Geile*
           Patrick J. Geile
           Attorney for Defendant

DATED this 17th day of December, 2024.

           KURTZ LAW PLLC

           */s/ John F. Kurtz*
           John F. Kurtz
           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 17th day of December, 2024, I caused to be served a true and correct copy of the ***Stipulation for Judicial Settlement Conference*** by the method indicated below, and addressed to the following:

| | |
|---|---|
| John F. Kurtz, Jr<br>KURTZ LAW PLLC<br>910 W. Main Street, Ste 364<br>Boise, ID 83702 |  X  Mail<br> X  E-mail<br>jfk@kurtzlawllc.com |

                           */s/ Patrick J. Geile*
                           Patrick J. Geile

**STIPULATION FOR JUDICIAL SETTLEMENT CONFERENCE - 4**